| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wood, Lisa G | 2. Court or Organization<br><br>U.S. District Court, GA-S | 3. Date of Report<br><br>6/16/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge – Nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination,    Date    6/12/2006<br><br>◯ Initial    ◯ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>5/31/2006 |
| 7. Chambers or Office Address<br><br>U.S.Attorney's Office, SDGA<br>100 Bull Street<br>Savannah, Georgia  31401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | United States Attorney | U.S. Department of Justice<br>United States Attorney's Office, Southern District of Georgia |
| 2. | Trustee | Trust #1 |
| 3. | Partner | Gilbert, Harrell, Sumerford & Martin, P.C. |
| 4. | Board Member | Georgia Board of Public Safety |
| 5. | Council Member | University of Georgia Law School Alumni Council |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Gilbert, Harrell, Sumerford & Martin, P.C. - Agreement for receipt of accounts receivable received during 2004 for legal services performed prior to Aug. 2004. |
| 2. | | Agreement expired December 2004. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | Gilbert, Harrell, Sumerford & Martin, P.C. - law firm compensation for services performed from January through July 2004. | $136,795.07 |
| 2. | | (Additional Non-Investment Income was received as United States Government salary for services as United States Attorney.) | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank, Brunswick, GA | 1 of 10 Guarantors on loan for 777 Gloucester, LLC, an office building in Brunswick, GA | P1 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 6/16/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Money Market Account, Brunswick, GA | A | Interest | L | T | (EXEMPT) | | | | *EXEMPT* |
| 2. Oglethorpe Bank Money Market Account, Brunswick, GA | A | Interest | L | T | | | | | |
| 3. Sea Island Credit Union Savings Account, Sea Island, GA | A | Interest | L | T | | | | | |
| 4. Bank of America Investment Services Account: G.E. Stock | A | Dividend | J | T | | | | | |
| 5. (Cont'd) Home Depot Stock | A | Dividend | J | T | | | | | |
| 6. (Cont'd) Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 7. Georgia Lawyers Insurance-Stock (Liability ins.) Fayettevil | A | Dividend | J | T | | | | | |
| 8. Oglethorpe Bank Stock (Bank), Brunswick, GA | A | Dividend | J | T | | | | | |
| 9. Bank of Amer. Investment Svcs: Gainesville & Hall Co. Bond | D | Interest | M | T | | | | | |
| 10. Bank of America IRA (Cash) Brunswick, GA | A | Interest | J | T | | | | | |
| 11. Bank of America Checking Accounts, Brunswick, GA | A | Interest | J | T | | | | | |
| 12. Associated Credit Union Savings Account, Atlanta, GA | A | Interest | J | T | | | | | |
| 13. Utah Edu. Sav. Plan: Vanguard Inst. Index Fund (S&P 500) | A | Interest | J | T | | | | | |
| 14. 13.64% Vandelay, LLC - undeveloped land in Glynn Co. | A | Interest | K | T | | | | | |
| 15. 1 of 10 owners of 777 Gloucester, LLC, an office bldg. | A | Interest | N | T | | | | | |
| 16. TRUST #1 (see breakout below): | | | | | | | | | |
| 17. (Cont'd) ADP Stock | A | Dividend | J | T | | | | | |
| 18. (Cont'd) Bank of America Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 6/16/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. (Cont'd) Bristol-Myers Stock | A | Dividend | J | T | | | | | |
| 20. (Cont'd) Cinergy Corp. Stock | A | Dividend | J | T | | | | | |
| 21. (Cont'd) General Electric Stock | A | Dividend | J | T | | | | | |
| 22. (Cont'd) Citigroup Stock | A | Dividend | J | T | | | | | |
| 23. (Cont'd) Chevron Texaco Stock | A | Dividend | J | T | | | | | |
| 24. (Cont'd) Conoco-Phillips Stock | A | Dividend | J | T | | | | | |
| 25. (Cont'd) Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 26. (Cont'd) Conagra Foods Stock | A | Dividend | J | T | | | | | |
| 27. (Cont'd) Dell Stock | A | Dividend | J | T | | | | | |
| 28. (Cont'd) Dupont Stock | A | Dividend | J | T | | | | | |
| 29. (Cont'd) Exxon Mobile Stock | A | Dividend | J | T | | | | | |
| 30. (Cont'd) Fannie Mae Stock | A | Dividend | J | T | | | | | |
| 31. (Cont'd) Genunie Parts Stock | A | Dividend | J | T | | | | | |
| 32. (Cont'd) Home Depot Stock | A | Dividend | J | T | | | | | |
| 33. (Cont'd) Intel Stock | A | Dividend | J | T | | | | | |
| 34. (Cont'd) Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 35. (Cont'd) Kellogg Stock | A | Dividend | J | T | | | | | |
| 36. (Cont'd) Kimco Realty Corp. Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Lisa G | 6/16/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. (Cont'd) Oracle Stock | A | Dividend | J | T | | | | | |
| 38. (Cont'd) Pfizer Stock | A | Dividend | J | T | | | | | |
| 39. (Cont'd) Sara Lee Stock | A | Dividend | J | T | | | | | |
| 40. (Cont'd) Southern Company Stock | A | Dividend | J | T | | | | | |
| 41. (Cont'd) Teco Energy Stock | A | Dividend | J | T | | | | | |
| 42. (Cont'd) Travelers Stock (TAPA) PPTY CAS CRP | A | Dividend | J | T | | | | | |
| 43. (Cont'd) United Technology Corp. Stock (UTX) | A | Dividend | J | T | | | | | |
| 44. (Cont'd) Verizon Communication Stock | A | Dividend | J | T | | | | | |
| 45. (Cont'd) Wal-Mart Stock | A | Dividend | J | T | | | | | |
| 46. (Cont'd) Weingarten Realty Stock | B | Dividend | K | T | | | | | |
| 47. (Cont'd) General Motors Bonds | C | Interest | L | T | | | | | |
| 48. (Cont'd) Bank of America Bonds | B | Interest | K | T | | | | | |
| 49. (Cont'd) Merrill Lynch Money Market Account | A | Interest | J | T | | | | | |
| 50. (Cont'd) Oglethorpe Bank Stock (Bank) | A | Dividend | J | T | | | | | |
| 51. (Cont'd) Atlantic Bank Checking Account | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 54 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 128 | 532 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 11 | 700 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2 | 400 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 171 | 000 |
| Real estate owned-add schedule | 2 | 203 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 200 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Bank of America IRA | | 2 | 900 | | | | |
| Thrift Savings Plan | | 148 | 000 | | | | |
| Vandelay, LLC | | 18 | 500 | Total liabilities | | 173 | 400 |
| 777 Gloucester, LLC | | 1 | 000 | Net Worth | 2 | 594 | 232 |
| Total Assets | 2 | 767 | 632 | Total liabilities and net worth | 2 | 767 | 632 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | YES | See attached | | Are any assets pledged? (Add schedule) | YES | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |